RALPH T. WOOD, *Respondent, v.* JANE HOLMES, *Executrix, etc., Appellant.*— Judgment reversed and new trial ordered in the Yates County Court, costs to abide event. The orders appealed from affirmed, with costs. Opinion by HARDIN, J.

CHARLES G. JUDD and another, *Respondents, v.* GEORGE W. BASKIN, *Appellant.*— Order affirmed. Opinion by HARDIN, J.

THE PEOPLE OF THE STATE OF NEW YORK *ex rel.* NATHAN SHORT and others, *Appellants, v.* ORRIN S. BACON, *Sheriff, etc., Respondent.*— Judgment affirmed, with costs. Opinion by HARDIN, J.

PATRICK BUTLER, *Appellant, v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, *Respondent.* — Judgment reversed and new trial ordered, costs to abide event. Opinion by BARKER, J.

LEMUEL S. PALMER and others, *Appellants, v.* EMILY E. HUNTER and others, *Respondents.* — Judgment affirmed. Opinion by HARDIN, J.

CYRUS H. WILBUR and others, *Respondents, v.* ASA T. SOULE, *Appellant.* — Order affirmed, with ten dollars costs and disbursements.

IN THE MATTER OF THE DISTRIBUTION OF THE SURPLUS MONEYS ARISING FROM THE SALE OF THE REAL ESTATE OF JOHN LOGAN, *Deceased.* — So much of the decree as is appealed from reversed, with costs to the appellant, and the proceedings remitted to the surrogate's court of Monroe county, to confirm the report of the referee, and to distribute the fund in accordance therewith. Opinion by HARDIN, J.; SMITH, P. J., not voting.

ROBERT R. WESTOVER, *as Executor, etc., Respondent, v.* THE ÆTNA LIFE INSURANCE COMPANY, *Appellant.* — New trial denied, order affirmed and judgment made absolute. Opinion by BARKER, J.

GEORGE W. WILDRICH, *Appellant, v.* NEWTON DE VINNEY, *Respondent.* — Order affirmed, with ten dollars costs and disbursements. Opinion by SMITH, P. J.

MARGARET W. CORSON *v.* JOHN WILKINSON and others, *Executors, etc.* — Re-argument ordered upon the question whether the executors have power to submit under section 1279 of the Code so as to bind all the legatees in interest.

THE PEOPLE OF THE STATE OF NEW YORK *v.* WILLIAM CLEMONS. — Motion denied, with leave to renew the same before Mr. Justice BARKER, at Chambers, on five days' notice to Rufus Scott, defendant's counsel.